**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Ex parte Richard Vincent Letizia

Appellate case number:     01-16-00808-CR

Trial court case number:     2112524

Trial court:     County Criminal Court at Law No. 5 of Harris County

On February 14, 2018, this Court affirmed the trial court's order denying appellant Richard Vincent Letizia's application for a writ of habeas corpus. *See Ex parte Letizia*, No. 01-16-00808-CR, 2019 WL 610719 (Tex. App.—Houston [1st Dist.] Feb. 14, 2019, no pet. h.) (mem. op., not designated for publication). Appellant has filed a "Motion for Stay of Mandate Pending Petition for Discretionary Review," pursuant to Texas Rule of Appellate Procedure 31.4(a)(1). *See* TEX. R. APP. P. 31.4(a)(1); *see also* TEX. R. APP. P. 67.2 (providing for stay of mandate by Texas Court of Criminal Appeals). He requests a stay of the mandate "to provide time for the Court of Criminal Appeals to decide whether to grant discretionary review."

Appellant has filed his motion for a stay of mandate with the Texas Court of Criminal Appeals, which has granted him an extension of time to file a petition for discretionary review. Our mandate is not yet set to issue. *See generally* TEX. R. APP. P. 18.1(a) (providing for issuance of mandate in court of appeals). Accordingly, appellant's motion for a stay of mandate is **dismissed as moot**.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd_____
                              Acting for the Court

Panel consists of Justices Lloyd, Kelly, and Hightower.


Date: ___April 2, 2019_____